# EXHIBIT 2



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.63
Total Postage and Fees $9.68

Sent To Corporation Trust Company
Street and Apt. No., or PO Box No. 1209 Orange St.
City, State, ZIP+4® Wilmington, DE 19801

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

JUL 11 2024  Postmark Here  BOSTON MA 02196  07/11/2024

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $1.63
Total Postage and Fees $9.68

Sent To Bill Blankenship, Greyhound
Street and Apt. No., or PO Box No. P.O. Box 660362
City, State, ZIP+4® Dallas, TX 75266

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

JUL 11 2024  Postmark Here  BOSTON MA 02196  07/11/2024

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Trust Company
Registered Agent
1209 Orange St.
Wilmington, DE 19801

9590 9402 8610 3244 7915 24

2. Article Number (Transfer from service label)
7018 1830 0000 3181 5190

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

RECEIVED
JUL 16 2024
CT CORPORATION

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bill Blankenship, President, COO
Greyhound Lines, Inc.
P.O. Box 660362
Dallas, TX 75266

9590 9402 8610 3244 7915 17

2. Article Number (Transfer from service label)
7018 1830 0000 3181 5213

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
7-16-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Boston, MA 02109

| Certified Mail Fee | $4.40 |
|---|---|
| **Extra Services & Fees** *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.63 |
| **Total Postage and Fees** | $9.68 |

Postmark Here
JUL 11 2024
07/11/2024
USPS MILK STREET STATION
BOSTON MA 02196

Sent To David Cash, EPA
Street and Apt. No., or PO Box No. 5 Post Office Sq. Ste 100
City, State, ZIP+4® Boston, MA 02109-3912

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 3181 5169

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EPA R1
David W. Cash, Administrator
Environmental Protection Agency
5 Post Office Square, Suite 100
Boston, MA 02109–3912

9590 9402 8610 3244 7915 48

2. Article Number *(Transfer from service label)*

7018 1830 0000 3181 5169

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☒ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Boston, MA 02108

| Certified Mail Fee | $4.40 |
|---|---|
| **Extra Services & Fees** *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.63 |
| **Total Postage and Fees** | $9.68 |

Postmark Here
JUL 11 2024
USPS MILK STREET STATION
BOSTON MA 02196

Sent To Bonnie Heiple Commissioner MADEP
Street and Apt. No., or PO Box No. 1 Winter St.
City, State, ZIP+4® Boston, MA 02108-4746

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 3181 5183

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70181830000031815183

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:38 am on July 17, 2024 in BOSTON, MA 02114.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

BOSTON, MA 02114
July 17, 2024, 10:38 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**          ⌄

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers