UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------- x
CONSERVATION LAW FOUNDATION, INC.,    :
                                                  :    Case No. 1:24-cv-12320
               Plaintiff,  :
    v.  :
                                                  :
GREYHOUND LINES, INC.  :
              Defendant.  :
------------------------------------------------------------------- x

# JOINT STATEMENT FOR INITIAL SCHEDULING CONFERENCE ON MARCH 3, 2025

In accordance with Federal Rules of Civil Procedure 16(b) and 26(f), Local Rule 16.1, and the Notice of Scheduling Conference (ECF No. 9), counsel for plaintiff Conservation Law Foundation, Inc. and defendant Greyhound Lines, Inc. (collectively, the "Parties") have conferred and submit the following:

**A. PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

1. Status of settlement dialogue;

2. Establishment of a schedule for discovery;

3. Establishment of a schedule for filing motions; and

4. Establishment of a schedule for future court conferences.

**B. PROPOSED PRE-TRIAL SCHEDULES**

The Parties have disagreed on aspects of the proposed scope, timing, and sequence of discovery for this case. The Plaintiff submits the following proposed pre-trial schedule:

| Event | Proposed Date |
|---|---|
| **Fact Discovery** | |
| **Mandatory Initial Disclosures** | May 5, 2025 |
| **Motions to Add Parties and Amend Pleadings** | May 16, 2025 |
| **Fact Discovery – Interim Deadlines.** All written factual discovery requests must be served by | June 6, 2025 |
| **Fact Discovery – Final Deadlines.** All discovery, other than expert discovery, must be completed by | September 19, 2025 |
| **Expert Discovery** | |
| **Initial Expert Reports Due** | January 16, 2026 |
| **Expert Depositions Complete By** | March 27, 2026 |
| **Rebuttal Expert Reports Due** | May 15, 2026 |
| **Motions for Summary Judgment** | August 7, 2026 |
| **Oppositions/Responses to Motions for Summary Judgment Due** | September 7, 2026 |
| **Daubert Motions Due** | October 7, 2026 |
| **Oppositions/Responses to Daubert Motions Due** | November 7, 2026 |
| **Trial Term** | January 2027 |
| **Estimated Length of Trial** | 5 days |

The Defendant submits the following pre-trial schedule:

| Event | Proposed Date |
|---|---|
| **Associational Standing Discovery** | |
| **Associational Standing Discovery Complete By** | October 31, 2025 |
| **Dispositive Motions re Associational Standing Due** | December 12, 2025 |
| **Oppositions/Responses to Dispositive Motions Due** | January 9, 2026 |
| **Non-Associational Standing Discovery** | |
| **Mandatory Initial Disclosures** | April 17, 2025 |

| | |
|---|---|
| **Motions to Add Parties and Amend Pleadings** | January 30, 2026 |
| **Fact Discovery – Interim Deadlines.** All written factual discovery requests must be served by | May 1, 2026 |
| **Fact Discovery – Final Deadline**. All discovery, other than expert discovery, must be completed by | December 31, 2026 |
| **Expert Discovery** | |
| **Initial Expert Reports Due** | March 31, 2027 |
| **Expert Depositions Complete By** | May 28, 2027 |
| **Rebuttal Expert Reports Due** | July 9, 2027 |
| **Motions for Summary Judgment on Non-Standing Issues Due** | September 10, 2027 |
| **Oppositions/Responses to Motions for Summary Judgment Due** | October 11, 2027 |
| **Daubert Motions Due** | December 10, 2027 |
| **Oppositions/Responses to Daubert Motions Due** | January 10, 2028 |
| **Trial Term** | February 2028 |
| **Estimated Length of Trial** | 7 days |

C. **JOINT DISCOVERY PLAN**

1. <u>Privileged and Trial Preparation Material</u>: For the purposes of facilitating discovery and settlement discussions, the Parties agree to submit a joint motion requesting entry of an Agreed Stipulated Protective Order for approval by the Court. Additionally, the Parties agree that in the event that a disclosing party inadvertently produces privileged or trial preparation materials, it will immediately notify the requesting party of such disclosure. After the requesting party is so notified, it will return, sequester or destroy all such information and copies and may not disclose or use this

information in the course of the litigation until the claim of privilege or protection of the trial protection material is resolved. The Parties further agree that should material protected by the attorney-client privilege and/or the work product doctrine be inadvertently produced during discovery, such material will not constitute a general waiver of privilege. Finally, the Parties agree that they will attempt to resolve disputes regarding the assertion of confidentiality, or concerning privileged materials, between themselves and if unable to do so, will file a motion with the court for in camera review and decision on the matter.

### D. CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

All Parties will file certifications prior to the Scheduling Conference.

Respectfully submitted,

*Attorneys for Plaintiffs*

<u>/s/ Clare Soria</u>  
Clare Soria, Esq. (BBO #711648)                    Date: February 28, 2025
(617) 850-1789
csoria@clf.org
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110

<u>/s/ Heather Govern</u>                               Date: February 28, 2025
Heather A. Govern, Esq. (BBO #688482)
(617) 850-1765
hgovern@clf.org
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110

*Attorneys for Defendants*

<u>/s/ James P. Ray</u>                                  Date: February 28, 2025
James P. Ray
Email: jray@rc.com
Robinson & Cole LLP
One State Street

Hartford, CT 06103
Tel No.: 860-275-8257
Fax No.: 860-275-8299

*/s/ Megan E. Baroni*                              Date: February 28, 2025
Megan E. Baroni, Esq.
Email: mbaroni@rc.com
Robinson & Cole LLP
1055 Washington Blvd
Stamford, CT 06901
Tel. No.: 203-462-7528
Fax No.: 203-462-7599

*/s/ Christopher Y. Eddy*                          Date: February 28, 2025
Christopher Y. Eddy, Esq.
Email: ceddy@rc.com
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Tel. No.: 860-275-8338
Fax No.: 860-275-8299

**CERTIFICATE OF SERVICE**

I, Clare Soria, hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as nonregistered participants on this February 28, 2025.

*/s/ Clare Soria*
Clare Soria, Esq
